IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN ROY GOODMAN, <br><br> Defendant. | CR 17-19-M-DLC <br><br> FINDINGS AND RECOMMENDATION CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of conspiring to distribute methamphetamine and heroin in violation of 21 U.S.C. §§ 841(a)(1) and 846 as set forth in the Indictment. Defendant further agrees to the forfeiture allegations in the Indictment, and agrees to forfeit the specific items identified in the parties' plea agreement. In exchange for Defendant's plea, the United States has agreed to dismiss Count II of the Indictment and not file an information under 21 U.S.C. §§ 846, 841(b)(1)(B) and 851 seeking an enhanced statutory penalty.

After examining the Defendant under oath, I have made the following determinations:

1

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offense charged against him, and an informed and voluntary admission to the allegation of forfeiture;

2. That the Defendant is aware of the nature of the charge against him and the consequences of pleading guilty to the charge;

3. That the Defendant understands the allegation of forfeiture and the consequences of admitting to the allegation;

4. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty to the criminal offense charged against him, and admitting to the allegation of forfeiture;

5. That both his plea of guilty to the criminal offense charged against him and his admission to the allegation of forfeiture are knowingly and voluntarily entered, and are both supported by independent factual grounds sufficient to prove each of the essential elements of the criminal offense charged and the legal basis for the forfeiture.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty Count I of the

Indictment, and that sentence be imposed. I further recommend the agreed forfeiture be imposed against Defendant, and that Count II of the Indictment be dismissed.

**<u>This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report</u>**.

DATED this 12th day of September, 2017.

*Jeremiah C. Lynch*
Jeremiah C. Lynch
United States Magistrate Judge