IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 17–19–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| STEPHEN ROY GOODMAN, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on September 12, 2017. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Stephen Roy Goodman's guilty plea after Goodman appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of conspiring to

distribute methamphetamine and heroin in violation of 21 U.S.C. §§ 841(a)(1) and 846, as set forth in the Indictment. Defendant also agrees to the forfeiture allegations in the Indictment and agrees to forfeit the specific items identified in the parties' plea agreement. In exchange for Defendant's plea, the United States has agreed to dismiss Count II of the Indictment and not file an Information under 21 U.S.C. §§ 846, 841(b)(1)(B) and 851 seeking an enhanced statutory penalty.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 46), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Stephen Roy Goodman's motion to change plea (Doc. 39) is GRANTED and Stephen Roy Goodman is adjudged guilty as charged in Count I of the Indictment.

DATED this 4th day of October, 2017.

Dana L. Christensen, Chief District Judge
United States District Court