IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–10–M–DLC |
| | CR 17–19–M–DLC |
| Plaintiff, | |
| | |
| vs. | |
| | AMENDED ORDER |
| STEPHEN ROY GOODMAN, | |
| | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's

Findings & Recommendations Regarding Revocation of Supervised Release. (CR

24–10–M–DLC Doc. 43, CR 17–19–M–DLC Doc. 108.) Because neither party

objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United*

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court

reviews the Findings and Recommendation for clear error. *McDonnell Douglas*

*Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear

error exists if the Court is left with a "definite and firm conviction that a mistake

has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto found, based on Stephen Roy Goodman's admissions at the

hearing, that he violated three conditions of supervised release: (1) the special

1

condition that Goodman participate in substance abuse testing; (2) the mandatory

condition that Goodman shall refrain from any unlawful use of a controlled

substance; and (3) the mandatory condition that Goodman shall not commit

another federal, state, or local crime. (CR 24–10–M–DLC Doc. 43 at 2–3, CR 17–

19–M–DLC Doc. 108 at 2–3.)

Judge DeSoto recommends that this Court revoke Goodman's supervised

release and sentence him to a custodial sentence of 24 months, followed by 4

months of supervised release as to CR–24–10–M–DLC and a custodial sentence of

18 months, followed by 42 months of supervised release as to CR 17–19–M–DLC;

to run concurrent with one another and with any sentence imposed in DC–32–

2024–0000614–IN. (*Id.*) Judge DeSoto further recommends that Goodman be

placed at Federal Correctional Institution, Williamsburg, and that he be considered

for the Federal Bureau of Prison's Residential Drug Abuse Program. (*Id.*) The

Court finds no clear error in Judge DeSoto's Findings and Recommendations and

adopts them in full.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and (CR 24–

10–M–DLC Doc. 43, CR 17–19–M–DLC Doc. 108) are ADOPTED in full.

Goodman shall be sentenced in conformity with Judge DeSoto's

recommendation in the judgment filed concurrently with this Order.

2

DATED this 22nd day of January, 2025.


Dana L. Christensen, District Judge
United States District Court